IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 07-0032 |
| ) | |
| vs. ) | |
| ) | |
| DAVID JEFFERY ALLEN DICUS, ) | |
| and TAMI JO DICUS, ) | |
| ) | |
| Defendants. ) | |

## PRELIMINARY ORDER OF FORFEITURE RE: CURRENCY

WHEREAS, in the April 18, 2007, Indictment, the United States sought forfeiture of specific property of the above-captioned defendants pursuant to 21 U.S.C. § 853 as proceeds of the illegal drug trafficking activities charged in Counts 1-4.

AND WHEREAS, on May 31, 2007, the defendants David Jeffery Allen Dicus and Tami Jo Dicus pled guilty to Count 1 of the Indictment, forfeiting any interest they had or have in the currency alleged to be subject to forfeiture;

AND WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of said property, pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules Criminal Procedure;

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That based upon the defendants' guilty pleas to Count 1 of the Indictment, the following property is hereby forfeited to the United States for disposition in accordance with the law subject to the provisions of § 21 U.S.C. § 853(n)(1):

**$3,170 in United States currency seized from the defendants on or about March 13, 2007, in Marion, Iowa.**

2. That pursuant to 21 U.S.C. § 853(n)(1), the United States Marshals Service forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendants, having or claiming a legal interest in the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

2

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Ordered this 6th day of June, 2007.

Linda R. Reade
Chief Judge, United States District Court
Northern District of Iowa

3